GLOBAL CAPITAL LAW, P.C.
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
TELEPHONE: (714) 907-4182
FACSIMILE:  (714) 907-4175
Email: GlobalCapitalLaw@gmail.com

Attorney for Plaintiff : ELIZABETH BARNES

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In Re<br><br>ELIZABETH BARNES, an Individual<br><br>ELIZABETH BARNES<br><br>　　　　　　　Plaintiff,<br><br>　　　　Vs.<br><br>HSBC Bank USA, National Association, as Trustee J.P. Morgan Mortgage Trust 2007-A1, under pooling and servicing agreement dated January 1, 2007, its assigns and/or successors in interest; JPMorgan Chase Bank, N.A.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Mortgage Acquisition Corp.; Northwest Trustee Services, Inc.; Global Provision, LLC; and Unknown Defendants 1 through 10; Inclusive;<br>　　　　　　　Defendants. | Chapter 13 Case #:<br>11-bk-11149-ES<br><br>Adversary No.:<br>11-ap-01043-ES<br><br>**NOTICE OF PENDENCY OF ACTION** |

  1.    Notice is given that the above-entitled action was filed in the above-entitled court by ELIZABETH BARNES, plaintiff, against H.S.B.C. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE J.P. MORGAN MORTGAGE TRUST 2007-A; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien,

---

1  or interest in the property described in the complaint adverse to Plaintiff's title
2  thereto; and DOES 1-100, inclusive. The action affects title to specific real property
3  or the right to possession of specific real property or an easement identified in the
4  complaint or as the case may be in the action.

5      2.     The specific real property affected by the action is located in Orange
6  County, California, known as 6461 Oakcrest Cir., Huntington Beach, CA 92648 and
7  more particularly described as: APN: 02350621

A HOME COMPRISED OF: LOT 128 OF TRACT NO. 13821, IN THE CITY OF HUNTINGTON BEACH COUNTY OF ORANGE, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 636 PAGE(S) 21 TO 29 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

//
//
//

Dated: 04/25/2011                     Respectfully Submitted;

*[signature]*
Gary Harre, Esq.
Attorney for Plaintiff, ELIZABETH BARNES

Certificate of Service