Bryan L. Ngo (Bar No. 190184)
BLUE CAPITAL LAW FIM, P.C.
14441 Brookhurst St., Suite 8
Garden Grove, CA 92843
Telephone:  (714) 839-3800
Facsimile:  (949) 271-5788
BNgo@bluecapitallaw.com

Attorneys for Global Provision LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | )  Case  No.  8:11-bk-11149-ES |
| | ) |
| | )  Chapter 13 |
| Elizabeth Barnes | ) |
| | )  **NOTICE OF CONTINUED HEARING** |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

     You are hereby notified that the hearing on Global Provision LLC's MOTION FOR RELIEF
FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC
STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) has been continued to **July 6, 2011**  at
**10:00AM** at 411 W. Fourth St., Courtroom 5A, Santa Ana CA 92701.

//

//

I certify that I served the within notice to all creditors, their counsel and interested parties on May 12, 2011 with attached service list.


Date:  May 12, 2011                          BLUE CAPITAL LAW FIRM, P.C.


                                             /s/ Bryan L. Ngo
                                             Bryan L. Ngo
                                             Attorneys for GLOBAL PROVISION LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 14441 Brookhurst St #8, Garden Grove, CA  92843.

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUED HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _**May 12, 2011,**_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Gary L Harre on behalf of Debtor Elizabeth Barnes
ghcmecf@gmail.com

Charles E Katz on behalf of Defendant Northwest Trustee Services, Inc.
ckatz@rcolegal.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _**May 12, 2011,**_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Elizabeth Barnes
6461 Oakcrest Circle
Huntington Beach, CA 92648

Gary L Harre
Global Capital Law PC
8700 Warner Ste 200
Fountain Valley, CA 92708

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *__Fill in Date Document is Filed,__* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge __will be__ completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/12/2011 | Jennell Nguyen | /s/ Jennell Nguyen |
|-----------|----------------|--------------------|
| *Date*    | *Type Name*    | *Signature*        |